**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**RONNIE GLENN TRIPLETT,** )
**ID # 15692-064,** )
      **Plaintiff,** )
**vs.** )     **No. 3:08-CV-1252-K**
)       **ECF**
**FEDERAL BUREAU OF PRISONS, et al.,** )
      **Defendants.** )

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Plaintiff's Objections to the Findings and Conclusions of the Magistrate Judge, filed on September 22, 2008, are **OVERRULED.**  The case is re-referred to the U.S. Magistrate Judge for further review.

SIGNED this 25th day of September, 2008.

*Ed Kinkeade*

**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**