IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONNIE GLENN TRIPLETT, ) | |
| ID # 15692-064, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:08-CV-1252-K |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
|     Defendant. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's Written Objections to the Findings, Conclusions and Recommendation of the Magistrate Judge, filed on March 23, 2009, are hereby **OVERRULED.**

SO ORDERED.

SIGNED this 24th day of March, 2009.

*Ed Kinkeade*
**ED KINKEADE
UNITED STATES DISTRICT JUDGE**